AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS



DYMPNA D. McMANUS
    Petitioner
V.
PETER J. McMANUS
    Respondent

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10752 GAO

TO: (Name and address of Defendant)
Peter J. McManus
31 Ellison Avenue
Mattapan, MA 02126

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Harold W. Potter, Jr., Esq.
David J. Correira, Esq.
Jennifer Cervenka, Esq.
HOLLAND & KNIGHT LLP
Suite 1800
One Financial Plaza
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE 4-14-04

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE<br>April 22, 2004 |
| NAME OF SERVER<br>BURTON M. MALKOFSKY | TITLE<br>Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  31 Ellison Avenue, Mattapan                                          , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
  _____

Said service was made at:_____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
          Duly Authorized Agent for the within-named_____
          Said service was made at:
          _____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $      50.00 | $      50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____April 22, 2004_____     _____[signature] Burton M. Malkofsky_____
            Date                         Signature of Server

                                         One Devonshire Place, Boston, Massachusetts
                                         Address of Server

**ADDITIONAL INFORMATION**
   PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.
   Date        Time              Remarks                                                        FEE

ALSO SERVED: PETITION                                                                           $_____.00
                                                                                                $_____.00
                                                                                                $_____.00
                                                                                                $_____.00
                                                                                                $_____.00
                                                                                                $_____.00
**DUE & DILIGENT SEARCH**:    $_____.00    No service was made          TOTAL                 $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**            One Devonshire Place          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**     Boston, MA  02109             Fax #       (617) 720-5737