UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DYMPNA D. MCMANUS, )
)
Petitioner )
)
v. ) CIVIL ACTION
) No. 04-10752 GAO
)
PETER J. MCMANUS )
)
Respondent. )

**PETITIONER'S MOTION FOR EMERGENCY EVIDENTIARY HEARING**

Petitioner Dympna D. McManus hereby moves this Court for an emergency evidentiary hearing to determine whether her four children must be returned to Northern Ireland pursuant to the Hague Convention of Civil Aspects of International Child Abduction ("Hague Convention"), the international convention that governs the within petition. The grounds for this motion is that the Petitioner's children have been away from their place of habitual residence and wrongfully retained in the United States for approximately 9 and 1/2 months in breach of Petitioner's custodial rights and, therefore, Petitioner is entitled to the immediate return of her children to her in Northern Ireland. Emergency relief is afforded to Petitioner under the Hague Convention, which provides that the Court "shall act expeditiously in proceedings for the return of children." See 51 Fed. Reg. 10494, at Article 11. Moreover, the International Child Abduction Remedies Act, 42

U.S.C. 11601 et seq., the federal statute implementing the Hague Convention in the United States, states that children who are wrongfully retained within the meaning of the Convention are to be "promptly returned" to the nation of the left behind parent. *Id.* at 11601(a)(4).

Petitioner respectfully requests a hearing date with sufficient notice so as to allow Petitioner, a resident of Northern Ireland, to make appropriate travel to and lodging arrangements in the United States. Petitioner also requests that the Court order a pre-hearing conference to determine preliminary matters and establish a briefing schedule.

> DYMPNA D. MCMANUS
> By her Attorneys,
>
> HOLLAND & KNIGHT, LLP
>
> _____
> Harold W. Potter, Jr. (BBO #404240)
> David J. Correira, Esq. (BB0 #554520)
> Jennifer Cervenka, Esq.(BB0 #645724)
> HOLLAND & KNIGHT LLP
> 10 St. James Ave., 11th Floor
> Boston, MA 02116
> Tel: 617-523-2700
> Fax: 617-523-6850

## CERTIFICATION

I hereby certify that on the 13th day of May, 2004, I sent a copy of the within document by first class mail to:

Harold Robertson, Esq.
Harmon & Robertson, P.C.
85 Merrimac St. 4th Floor
Boston, MA  02114

*[signature]*

# 1935572 v1