SCANNED DATE: 5/13/04
BY: RN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DYMPNA MCMANUS,
Petitioner

V.

PETER MCMANUS,
Respondent

CIVIL NO. 04-10752-GAO

# MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

Peter McManus, Respondent-father herein, seeks an Order that would designate a Guardian ad Litem ("GAL"). The Guardian ad Litem is to be a clinician (a licensed psychiatrist or psychologist) experienced in family law matters) who will undertake to interview the four children at issue and conduct as necessary psychological assessment, evaluation, and investigation to:

1. Determine the wishes of the children regarding their living, or not, in Northern Ireland with their mother and investigate the reasons for such wishes for each child;

2. Assess, evaluate and opine upon each child with

respect to his or her ability and maturity to express a desire to return to Northern Ireland with the mother or not;

3. Assess, evaluate, and opine upon whether a return to Northern Ireland with the mother would constitute a grave risk of exposing the children to psychological harm or otherwise place them in an intolerable situation.

The bases and grounds for the Motion are set out in the father's accompanying Memorandum in Support of Motion for Guardian ad Litem.

May 10, 2004

By his attorney,

*[signature]*

Harold Robertson, Esq.
Harmon & Robertson, P.C.
85 Merrimac St.  4th Floor
Boston, MA 02114
617-742-5900
BBO 422700

SCANNED
DATE: 5/13/04
BY: RN

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DYMPNA MCMANUS,<br>Petitioner<br><br>V.<br><br>PETER MCMANUS,<br>Respondent | )<br>)<br>)<br>)<br>)  CIVIL NO. 04-10752-GAO<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

Peter McManus, Respondent-father herein, seeks an Order that would designate a Guardian ad Litem ("GAL"). The Guardian ad Litem is to be a clinician (a licensed psychiatrist or psychologist) experienced in family law matters) who will undertake to interview the four children at issue and conduct as necessary psychological assessment, evaluation, and investigation to:

1. Determine the wishes of the children regarding their living, or not, in Northern Ireland with their mother and investigate the reasons for such wishes for each child;

2. Assess, evaluate and opine upon each child with

      respect to his or her ability and maturity to express a desire to return to Northern Ireland with the mother or not;

3. Assess, evaluate, and opine upon whether a return to Northern Ireland with the mother would constitute a grave risk of exposing the children to psychological harm or otherwise place them in an intolerable situation.

The bases and grounds for the Motion are set out in the father's accompanying Memorandum in Support of Motion for Guardian ad Litem.

May 10, 2004

By his attorney,

*/s/ Harold Robertson*

Harold Robertson, Esq.
Harmon & Robertson, P.C.
85 Merrimac St.  4th Floor
Boston, MA 02114
617-742-5900
BBO 422700