UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 MAY 28  A 10: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

DYMPNA D. MCMANUS,

    Petitioner

v.

PETER J. MCMANUS

    Respondent.

CIVIL ACTION
No. 04-10752 GAO

## PETITIONER'S OPPOSITION TO MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM

Petitioner Dympna D. McManus hereby opposes Respondent Peter J. McManus's Motion for Appointment of A Guardian Ad Litem. As grounds for this Opposition, Petitioner states that the reasons offered in support of the appointment of a guardian *ad litem* evidence an improper attempt to litigate the best interests of the parties' children and determine custody issues under the guise of asserting a defense under Article 13(b) of the Hague Convention on the Civil Aspects of International Child Abduction. The proposed appointment is also improper in that it purports to have a "clinician" opine as to legal conclusions that only the Court may determine.

Article 13(b) of the Hague Convention provides a defense to the return of the McManus children to their place of habitual residence of Northern Ireland only if the Respondent can prove by <u>clear and convincing</u> evidence that their return would

subject them to a "grave risk" of being exposed to physical or psychological harm. Although Respondent is entitled to present evidence in support of such a defense, it "may not be used as a vehicle to litigate (or relitigate) the child's best interests." Danaipour v. McLarey, 286 F.3d 1, 14 (1st Cir. 2002) (internal quotations omitted). Moroever, this Court recently rejected a mother's motion to have a guardian *ad litem* appointed to weigh the interests of children she had wrongfully abducted from Ontario, Canada in Hasan v. Hasan, 2004 WL 57073 (D. Mass. 2004). Citing to Danaipour, the Court held that "[i]t would be inappropriate for this Court to litigate the best interests of the children or decide the merits of any underlying custody dispute." Id. at *4. Under this reasoning, this Court should deny Respondent's Motion.

DYMPNA D. MCMANUS
By her Attorneys,

HOLLAND & KNIGHT, LLP

_____
Harold W. Potter, Jr. (BBO #404240)
David J. Correira, Esq. (BB0 #554520)
Jennifer Cervenka, Esq.(BB0 #645724)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Tel: 617-523-2700
Fax: 617-523-6850

## CERTIFICATION

I hereby certify that on the 28th day of May, 2004, I sent a copy of the within document by first class mail to:

Harold Robertson, Esq.
Harmon & Robertson, P.C.
85 Merrimac St. 4th Floor
Boston, MA 02114

# 1937331_v1