UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
DYMPNA MCMANUS,                )
Petitioner                     )
                               )
V.                             )     CIVIL NO. 04-10752-GAO
                               )
                               )
PETER MCMANUS,                 )
Respondent                     )
_____)
```

**ORDER ON MOTION FOR APPOINTMENT OF A GUARDIAN AD LITEM**

After hearing, it is Ordered that Sharon Gordetsky, Ph.D., 1492 Beacon Street, Brookline, Massachusetts, 02445 be appointed guardian ad litem (GAL) for the four children in this matter, Sean, Daniel, Stephanie, and Peter McManus. The GAL will undertake to interview the four children, and their parents, who are the Petitioner and Respondent, for the purpose of conducting as necessary psychological assessment, evaluation, and investigation to:

1. Determine the wishes of the children regarding their living, or not, in Northern Ireland with their mother and investigate the reasons for such wishes for each child;

1

2.  Assess, evaluate and opine upon each child with respect to his or her ability and maturity to express a desire to return to Northern Ireland with the mother or not;

3.  Assess, evaluate, and opine upon whether a return to Northern Ireland with the mother would or would not constitute a grave risk of exposing the children to psychological harm or otherwise place them in an intolerable situation.

Additionally, the GAL shall promptly meet with children and assess whether the individual interests of each child regarding the issues set out above can be served by a single GAL, or whether a GAL for each child is required. The GAL shall promptly report on this issue to counsel for each party, and should the GAL indicate additional GAL's are required, the parties shall promptly apply to the Court for a further Order.

The parties have agreed they will equally split GAL fees.

Dated: July 19, 2004

_____
George A. O'Toole, Justice
United States District Court

2