# United States District Court

DISTRICT OF MASSACHUSETTS

McMANUS
v.
McMANUS    petitioner

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 04-10752 (GAO)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| o'Toole | Cervenka | Robertson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/22/04 | Killian | Lyness |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/22/04 | ✓ | ✓ | children northern Ireland order |
| | | | | | Sharon Gordetsky - witness |
| 2 | | 9/22/04 | ✓ | ✓ | Curriculum Vitae Resume |
| 3 | | 9/22/04 | ✓ | ✓ | Guardian Ad Litem Report |
| 4 | | 9/22/04 | ✓ | ✓ | Mass. State Law Statute |
| | | | | | Oympha O. McManus - witness |
| 5 | | 9/23/04 | ✓ | ✓ | Photos of house in northern Island |
| 6 | | 9/23/04 | ✓ | ✓ | Cert of Marriage - US |
| 7 | | 9/23/04 | ✓ | ✓ | " " " - northern Ireland |
| 8 | | 9/23/04 | ✓ | ✓ | Birth Cert of child |
| 9 | | 9/23/04 | ✓ | ✓ | " " " " |
| 10 | | 9/23/04 | ✓ | ✓ | " " " " |
| 11 | | 9/23/04 | ✓ | ✓ | " " " " |
| 12 | | 9/23/04 | ✓ | ✓ | School Records for Daniel McManus |
| 13 | | 9/23/04 | ✓ | ✓ | " " " Sean McManus |
| 14 | | 9/23/04 | ✓ | ✓ | " " " Stephanie McManus |
| 15 | | 9/23/04 | ✓ | ✓ | " " " Peter McManus |
| 16 | | " " " | ✓ | ✓ | Conf Cert for Stephanie McManus |
| 17 | | " " " | ✓ | ✓ | Conf Cert for Sean McManus |
| 18 | | " " " | ✓ | ✓ | " " " Daniel McManus |
| 19 | | " " " | ✓ | ✓ | " " " Peter McManus |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) ⊕    **EXHIBIT AND WITNESS LIST — CONTINUATION**

McManus    vs.    McManus    CASE NO. 04-10752

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 9/23/04 | ✓ | ✓ | Articles from newspaper |
| 0 | | | | | |
| 21 | | 9/23/04 | ✓ | ✓ | Cassette Tape of Messages |
| 22 | | 9/23/04 | ✓ | ✓ | Application |
| 23 | | 9/23/04 | ✓ | ✓ | Affidavit |
| | | | | | Peter McManus — Witness |
| 24 | | 9/23/04 | ✓ | ✓ | Public Assistance Affidavit |