UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DYMPNA D. MCMANUS, | ) | |
| Petitioner | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION No. 04-10752 GAO |
| PETER J. MCMANUS | ) ) | |
| Respondent. | ) ) | |

SCANNED
DATE: 2/3/05
BY: DH

## PETITIONER'S MOTION FOR STATUS CONFERENCE REGARDING INTERIM RELIEF

Petitioner Dympna D. McManus hereby moves this Court for a status conference for the purpose of addressing interim relief pending a final judgment as to whether her children are to be returned to Northern Ireland. In support of her motion, Petitioner states that a bench trial was held in this matter on September 22 and 23, 2004 and post-trial briefs/ proposed findings of fact and conclusions of law were submitted on or about November 12, 2004. Since that time, Petitioner has been denied reasonable access to her four children, Daniel, Sean, Stephanie, and Peter McManus, in breach of her rights of custody to her children under the law of Northern Ireland. Until final disposition of her petition, Petitioner seeks an order of this Court allowing her regular contact with her children.

This Court is authorized to award provisional remedies pending final disposition under Section 5 of the International Child Abduction Remedies Act, 42

1

U.S.C. 11604(a), the enabling statute of the Hague Convention on Civil Aspects of International Child Abduction. That statute provides that the court "may take or cause to be taken measures under Federal or State law, as appropriate, to protect the well-being of the child involved or to prevent the further removal or concealment before the final disposition of the petition." Id.

        DYMPNA D. MCMANUS
        By her Attorneys,

        HOLLAND & KNIGHT, LLP

        _____
        David J. Correira, Esq. (BB0 #554520)
        Jennifer Cervenka, Esq. (BB0 #645724)
        One Financial Plaza, Ste. 1800
        Providence, RI 02903
        Tel: 401-751-8500
        Fax: 401-553-6850

## CERTIFICATION

I hereby certify that on the 31st day of January, 2005, I sent a copy of the within document by first class mail to:

Harold Robertson, Esq.
Harmon & Robertson, P.C.
85 Merrimac St. 4th Floor
Boston, MA 02114

_____

# 2551328_v1