UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DYMPNA D. MCMANUS
        Petitioner

    v.                         CIVIL ACTION NO. 04-10752-GAO

PETER J. MCMANUS
        Respondent

**JUDGMENT IN A CIVIL CASE**

O'TOOLE , D.J.

☐   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**.  This matter came on for trial before the court sitting without a jury.  The court having made its findings and rulings as set forth in a Memorandum and Order dated Feb. 4, 2005 (Dkt. No. 18), it is accordingly adjudged and declared:

The respondent's retention of the children in Massachusetts was wrongful under the Hague Convention on the Civil Aspects of International Child Abduction because, at the time of their retention in Massachusetts, Northern Ireland was the children's place of habitual residence and the petitioner had been and was exercising custody rights in Northern Ireland.

The Court nevertheless exercises its discretion under Article 13 of the Convention to deny the petition for return of the children to Northern Ireland because the children object to being returned and they have attained an age and degree of maturity at which it is appropriate to take account of their views.

Judgment accordingly is entered in favor of the respondent.

TONY ANASTAS,
CLERK OF COURT

Dated:  March 2, 2005              By:  \s\ Paul S. Lyness
                                     Deputy Clerk