# Holland Knight

Tel 401 751 8500
Fax 401 553 6850

Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
www.hklaw.com

FILED
IN CLERKS OFFICE

2005 MAR -9 P 3: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

March 4, 2005

**JENNIFER CERVENKA, ESQ.**
401-824-5149
jennifer.cervenka@hklaw.com

Clerk, United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Dympna D. McManus v. Peter J. McManus
      Case No.: 04-10752 GAO

Dear Clerk:

A review of the docket with regard to this matter indicates our address is currently listed as 10 St. James Avenue, Boston, Massachusetts 02116. Could you please amend the docket to reflect our address as follows:

David J. Correira, Esq.
Jennifer Cervenka, Esq.
Holland & Knight, LLP
One Financial Plaza
Suite 1800
Providence, RI 02903

Thank you.

Very truly yours,

HOLLAND & KNIGHT LLP

Jennifer Cervenka

JC/klg
cc:   David Correira, Esq.
# 2662112_v1